FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 99-1361-GHK |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Sergio Mara | ) Allegations of Violations of Probation or |
| Defendant. | ) Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.   (X) the appearance of the defendant as required; and/or

    B.   (X) the safety of any person or the community.

1    The Court concludes that :

2  A.   (X)   Defendant failed to present clear and convincing evidence to
3           establish that Defendant is not a risk of flight because:

4    _____
5    _ALLEGATIONS OF REARMS_____
6    _____
7    _____
8

9  B.   ( )   Defendant failed to present clear and convincing evidence to
10          establish that Defendant does not pose a risk to the safety of other
11          persons or the community because:

12   _____
13   _____
14   _____
15   _____
16

17       IT IS ORDERED that defendant be detained.

18
19   DATE: _10/29_____, 201_2_

                                    _/s/ signature_____
                                    HON. MICHAEL R. WILNER
                                    UNITED STATES MAGISTRATE JUDGE